# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-08085 JAK (MRWx) | Date | March 21, 2012 |
|---|---|---|---|
| Title | Ernie Yandrich v. ABF Freight Systems, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On March 21, 2012, the parties filed "Notice of Settlement" (Dkt. 13).  The Court sets an Order to Show Cause re Dismissal for April 30, 2012 at 1:30 p.m.  If the parties file a dismissal by April 26, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The March 26, 2012 post mediation status conference, September 10, 2012 final pretrial conference, September 21, 2012 exhibit conference, and September 25, 2012 court trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |